JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| PAUL PHAT TRAN et al.,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BAYVIEW LOAN SERVICING, LLC et al.,<br><br>　　　　　Defendants. | Case № 5:19-cv-242-ODW (SHKx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

March 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**